WALTER JANKUS, Respondent, v. KINGS COUNTY TRUST COMPANY, Appellant.— Order, in so far as appealed from, striking out the first and second separate and complete defenses to the first and second causes of action contained in a complaint alleging wrongful injury to property and malicious prosecution of a foreclosure action, affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Johnston, Adel and Taylor, JJ., concur; Lazansky, P. J., not voting.

JOHN JOHNSON, Appellant, v. ELIZABETH JOHNSON, Respondent.— Order adjudging the plaintiff in contempt for disobeying the order entered August 16, 1938,

**ERRATUM**

In *Matter of Tremain* (257 App. Div. 996) the citation in the last line of the case should read 169 Misc. 549.

directing him to pay seven dollars a week and permitting him to purge himself of the contempt by paying the alimony at the rate of seven dollars a week until the arrears, amounting to $105, be paid, affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.